# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00390-CV

## In re Robert Lee Martin

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Robert Lee Martin filed a petition for writ of mandamus asking this Court to order the trial court to rule on his plea to the jurisdiction.  Having reviewed Martin's petition and the accompanying record, we deny his petition for writ of mandamus.  *See* Tex. R. App. P. 52.8(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Filed:  June 14, 2019